HONORABLE RONALD B. LEIGHTON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE DOCTORS COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>FIRST INITIATIVES INSURANCE, LTD. and CATHOLIC HEALTH INITIATIVES,<br><br>    Defendants. | NO. 3:13-cv-05606  RBL<br><br>STIPULATED MOTION AND ORDER FOR VOLUNTARY REMAND |

### I.   STIPULATION

Pursuant to LCR 10(g) and LCR 7(d)(1), Plaintiff The Doctors Company ("TDC") and Defendant Catholic Health Initiatives ("CHI"), by and through counsel, and with the consent of Defendant First Insurance Initiatives, Ltd. ("FIIL"), stipulate and agree to the voluntary remand of this action to Pierce County Superior Court for the reasons set forth below:

1. CHI filed a Notice of Removal of this matter, with FIIL's consent, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 on July 23, 2013. Dkt. No. 1.  CHI pleaded that this Court had

STIPULATED MOTION AND ORDER FOR VOLUNTARY
REMAND - 1
No. 3:13-cv-05606 RBL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

original jurisdiction of the subject matter of this action under 28 U.S.C. § 1332 because TDC and defendants were citizens of different states, and TDC seeks to recover more than $75,000, exclusive of costs and interest. *Id.* With respect to the diversity-of-citizenship requirement, TDC had alleged in the underlying complaint that it is "a California Inter-Insurance Exchange doing business within the state of Washington." *Id.*, Ex. A. Accordingly, CHI pleaded in its Notice of Removal that TDC was a citizen of California. CHI also pleaded that it is a citizen of Colorado in its praecipe, Dkt. No. 3, and, in the Notice of Removal, that FIIL is a citizen of the Cayman Islands, Dkt. No. 1. Thus, because Defendants appeared to CHI to be citizens of different states than Plaintiff, CHI averred in its Notice of Removal that the complete diversity-of-citizenship requirement contained in 28 U.S.C. § 1332(a) was satisfied. *Id.*

2.   Following removal, TDC counsel advised that because TDC is an unincorporated association comprised of its members/insureds, TDC has the citizenship of each of its members/insureds, as discussed in *Truck Ins. Exchange v. The Manitowoc Co., et al.*, 2010 WL 4961618 *1 (D. Ariz. 2010). *See* Ex. A (7/25/13 email between counsel) (attached hereto). TDC counsel further stated that TDC has members/insureds in Colorado, thereby defeating the diversity requirement. *Id.* Following additional communication among counsel, TDC provided proof that at least some of its members/insureds are citizens of Colorado, and thus, TDC's citizenship includes Colorado. *See* Ex. B (7/29/31 email between counsel) (attached hereto).

3.   CHI did not know that TDC had members/insureds in Colorado prior to filing its Notice of Removal. However, immediately upon learning that diversity jurisdiction did not exist, CHI agreed to voluntarily remand the case to state court and coordinated with TDC to prepare this stipulated motion for the Court's consideration.

STIPULATED MOTION AND ORDER FOR VOLUNTARY REMAND - 2
No. 3:13-cv-05606 RBL

**GORDON TILDEN THOMAS & CORDELL LLP**
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292

For the foregoing reasons, Plaintiff TDC and Defendant CHI, together with the consent of Defendant FIIL, respectfully request that this Court remand this matter to Pierce County Superior Court.

DATED this 1st day of August, 2013.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Defendants Catholic Health Initiatives, Inc. and First Insurance Initiatives, Ltd.

By *s/Mark Wilner*
Mark Wilner, WSBA #31550
Haley K. Krug, WSBA #39315
1001 Fourth Avenue, Suite 4000
Seattle, Washington 98154
T: (206) 467-6477
F: (206) 467-6292
Email: mwilner@gordontilden.com
Email: hkrug@gordontilden.com

**POLSINELLI**
Attorneys for Defendants Catholic Health Initiatives, Inc. and First Insurance Initiatives, Ltd.

By  s/ *Lauren E. Tucker McCubbin*
Lauren E. Tucker McCubbin**
P. John Brady**
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, Missouri  64105
T: (816) 421-3355
F: (816) 374-0509
Email: ltucker@polsinelli.com
Email: jbrady@polsinelli.com

*Pro Hac Vice Applications Forthcoming

STIPULATED MOTION AND ORDER FOR VOLUNTARY REMAND - 3
No. 3:13-cv-05606 RBL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA  98154
Phone (206) 467-6477
Fax (206) 467-6292

**LANE POWELL PC**
Attorneys for Plaintiff

By s/ *Gabriel Baker*
Gabriel Baker, WSBA No. 28473
Steven D. Jensen, WSBA No. 26495
1420 Fifth Avenue, Ste. 4100
Seattle, WA 98101-2338
T: (206) 223-7000
F: (206) 223-7107
Email: bakerg@lanepowell.com
Email: jensens@lanepowell.com

## II.     ORDER

Having considered the stipulation of the parties and being familiar with the record in this matter and good cause having been shown, it is HEREBY ORDERED as follows:

1. The parties' stipulated motion is GRANTED; and

2. This action shall be remanded to Pierce County Superior Court.

DATED this 2nd day of August, 2013.

*[signature]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR VOLUNTARY REMAND - 4
No. 3:13-cv-05606 RBL

GORDON TILDEN THOMAS & CORDELL LLP
1001 Fourth Avenue, Suite 4000
Seattle, WA 98154
Phone (206) 467-6477
Fax (206) 467-6292